IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLEO ROBINSON AND MARY ROBINSON                                    PLAINTIFFS

VS.                                          CIVIL ACTION NO.: 4:11cv103-WAP-JMV

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,
ET AL.                                                              DEFENDANTS

ORDER STAYING DISCOVERY

This matter is before the Court on the Motion of Defendants to stay discovery until the parties have participated in the case management conference and a scheduling order has been approved by the court. Rule 26(d)(1) of the Federal Rules of Civil Procedure provides that a party may not seek discovery before the case management conference.

IT IS, THEREFORE, ORDERED that defendant's motion to stay discovery until after the case management conference (# 8) is hereby GRANTED.

SO ORDERED, this the 13th day of September 2011.

/s/Jane M. Virden
UNITED STATES MAGISTRATE JUDGE