# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

CLEO ROBINSON, ET AL.                                                                    PLAINTIFFS

v.                                                                    Case No. 4:11-cv-103-MPM-JMV

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY                              DEFENDANT

## ORDER

This matter is before the court on motion of the plaintiffs (#41) for an *in camera* inspection of documents and determination of allegedly privileged documents. There is additionally a motion to compel such documents (#40). Having duly considered the submissions of the parties, the record, and the applicable law, the court is of the opinion that the motion for in camera inspection is well-taken and necessary in order that the court can properly rule on the motion to compel.

IT IS, THEREFORE, ORDERED that the plaintiffs' motion for an in camera review is hereby GRANTED. Defendant is to submit unredacted copies of the subject documents to the court by February 14, 2012. These documents, if possible, should be delivered to the court in electronic format via email to chambers of undersigned magistrate at

judge_virden@msnd.uscourts.gov.

SO ORDERED, this the 7th day of February 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE