IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CLEO ROBINSON, ET AL.**                                                 **PLAINTIFFS**

**V.**                                             **CIVIL ACTION NO. 4:11-cv-103-M-V**

**NATIONWIDE MUTUAL FIRE INS CO**                            **DEFENDANT**

**ORDER**

This cause is before the court on the defendant's emergency motion to compel medical records (#200). The court, having reviewed the record, the motion, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows:

Plaintiff represented to the court during the motion hearing that it was voluntarily withdrawing its objection to three of the four subpoenas to medical providers, leaving only the subpoena to Cleveland Medical Clinic at issue. With regards to Cleveland Medical Clinic, for the reasons announced by the court on the record at the conclusion of the motion hearing on September 17th, 2012, the court finds that motion is well taken, and it shall be **GRANTED**. Plaintiff is instructed to notify Cleveland Medical Clinic immediately of its withdrawal of an objection to the subpoena at issue.

**SO ORDERED** this, the 17th day of September, 2012.

                                                                             /s/Jane M. Virden
                                                                             U. S. MAGISTRATE JUDGE