IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CLEO ROBINSON, ET AL.**     **PLAINTIFFS**

**V.**     **CIVIL ACTION NO. 4:11-cv-103-M-V**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**     **DEFENDANT**

## ORDER

This cause is before the court on the pro se motion of plaintiffs' expert, Tennie K. White, to enter a limited appearance for the purpose of responding to defendant's motion to strike her testimony and for sanctions against Ms. White individually (#356). The court has considered the present motion and finds it to be well-taken. Therefore, the pro se motion of Ms. White is GRANTED.

**SO ORDERED** this, the 6th day of December, 2012.

/s/Jane M. Virden
U. S. MAGISTRATE JUDGE