IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CLEO ROBINSON, ET AL.**                                                  **PLAINTIFFS**

**V.**                        **CIVIL ACTION NO. 4:11-cv-103-M-V**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**          **DEFENDANT**

## ORDER

This cause is before the court on defendant's motion to quash (#367) the subpoena served on Millsaps College by expert Tennie K. White and pro se motion of plaintiffs' expert Tennie K. White to compel compliance with this same subpoena (#370). The court has considered the motions and finds that the subpoena is improper and procedurally deficient. It is therefore ordered, that defendant's motion to quash (#367) is hereby GRANTED and the pro se motion of Ms. White to compel compliance (#370) is DENIED.

**SO ORDERED** this, the 9th day of January, 2013.

/s/Jane M. Virden
U. S. MAGISTRATE JUDGE